JON WALLACE UPTON  46089
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Defendant, CALIFORNIA STATE
 UNIVERSITY, FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| LORI CIPRIANO,<br><br>        Plaintiff,<br><br>  vs.<br><br>CALIFORNIA STATE UNIVERSITY,<br>FRESNO and DOES 1 through 50, inclusive<br><br>        Defendant. | Case No.: CVF-05-162-OWW-DLB<br><br>**SUBSTITUTION OF ATTORNEY** |

      Defendant, CALIFORNIA STATE UNIVERSITY, FRESNO hereby substitutes the following:

      Attorney:    James W. Peel, Brown & Peel LLP

      Address:    3585 W. Beechwood, Suite 101, Fresno, CA  93711

      Telephone   (559) 431-1300

      Facsimile:   (559) 431-1442

\\

\\

\\

\\

\\

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

1
Substitution of Attorneys

as attorney of record in place of Jon Wallace Upton, Kimble, MacMichael & Upton.

Dated: June __15__, 2005

CALIFORNIA STATE   UNIVERSITY, FRESNO


By: /s/ Paul Oliaro (original retained by attorney
Dr. Paul Oliaro
Vice President for Student Affairs
And Dean of Students

We consent to the above substitution.

Dated: June __16__, 2005.

KIMBLE, MacMICHAEL & UPTON

By: /s/ Jon Wallace Upton
Jon Wallace Upton

We accept the above substitution.

Dated: June __17__, 2005.

BROWN & PEEL LLP

By: /s/ James W. Peel
James W. Peel

IT IS SO ORDERED.

Dated: July 6_____ , 2005.

/s/ OLIVER W. WANGER

Oliver W. Wanger
United States District Judge

\753737\jwu\pleadings\substitutionofattorney.doc

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

2
Substitution of Attorneys