UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CIPRIANO, ) | |
| ) | |
| Plaintiff, ) | 1:05-cv-162 OWW DLB |
| v. ) | |
| CALIFORNIA STATE UNIVERSITY ) | ORDER DISMISSING ACTION |
| FRESNO, ) | WITH PREJUDICE |
| Defendant ) | |

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

Dated: Jan. 27, 2006                    /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge

1